No. 127. DEVOE v. UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Clyde Taylor* for petitioner. *Assistant Solicitor General Bell, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *Robert K. McConnaughey* for the United States.

No. 131. GALVESTON TRUCK LINE CORP. v. TEXAS. October 9, 1939. Petition for writ of certiorari to the Court of Civil Appeals; 5th Supreme Judicial District, of Texas, denied. *Mr. Frank A. Leffingwell* for petitioner. *Messrs. Gerald C. Mann,* Attorney General of Texas, *R. E. Kepke, H. Grady Chandler, James Noel,* Assistant Attorneys General, and *Harold W. McCracken* for respondent.

No. 133. FETTY v. CARROLL, ADMINISTRATOR. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Messrs. Arthur G. Stone* and *Donald O. Blagg* for petitioner. *Mrs. Lillian S. Robertson* for respondent.

No. 134. HANSON ET AL. v. BRUUN ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Therrett Towles* for petitioners. *Messrs. O. C. Moore* and *W. Lair Thompson* for respondents.

No. 135. PENN MUTUAL LIFE INSURANCE Co. v. FORCIER ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth